UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

|  |  |
|---|---|
| CHRISTOPHER TROTTA | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 2:13-CV-02321-CM-DJW |
| | ) |
| PIONEER CREDIT RECOVERY | ) |
| | ) |
| Defendant, | ) |

## NOTICE OF VOLUNTARY DISMISSAL

NOW COMES, the Plaintiff by the undersigned counsel, and pursuant to FRCP 41(a)(1)(A) (Dismissal of Actions – Voluntary Dismissal By Plaintiff Without Court Order) voluntary dismisses, WITHOUT prejudice, PIONEER CREDIT RECOVERY, (Defendant), in this case.

Both sides to bear their own costs and expenses.

This 30th day of September, 2013.

RESPECTFULLY SUBMITTED

BY:   /s/ Raymond E,. Probst, Jr.
Raymond E. Probst, Jr.
KS Bar No. 20370
Attorney for Plaintiff
827 Armstrong Avenue
Kansas City, KS  66101
(913) 281-0699

Of Counsel to:
Alex Simanovsky & Associates, LLC
2300 Henderson Mill Road, Suite 300
Atlanta, Georgia 30345
(678) 781-1012
alex@fdcpalawyeronline.com